1  MICHAEL E. MOSS 63408
   G. ANDREW SLATER  238126
2  KIMBLE, MacMICHAEL & UPTON
   A Professional Corporation
3  5260 North Palm, Suite 221
   Post Office Box 9489
4  Fresno, California  93792-9489
   Telephone:  (559) 435-5500
5
   Attorneys for Plaintiffs, BOARDS OF TRUSTEES of IBEW LOCAL
6  UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO.
   100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL
7  INDUSTRY TRAINING TRUST FUND, NATIONAL ELECTRICAL
   BENEFIT FUND, and the BOARD OF TRUSTEES of IBEW DISTRICT
8  NO. 9 PENSION PLAN TRUST FUND

**FILED**

FEB 0 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

9              **UNITED STATES DISTRICT COURT**

10     **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

11                          * * *

12  BOARDS OF TRUSTEES of IBEW          )   Case No.: 1:08-CV-01670-AWI-SMS
    LOCAL UNION NO. 100 PENSION         )
13  TRUST FUND, IBEW LOCAL UNION        )
    NO. 100 HEALTH AND WELFARE          )
14  TRUST FUND, JOINT ELECTRICAL        )
    INDUSTRY TRAINING TRUST FUND,       )
15  NATIONAL ELECTRICAL BENEFIT         )   **REQUEST FOR DISMISSAL; ORDER**
    FUND, and the BOARD OF TRUSTEES of  )
16  IBEW DISTRICT NO. 9 PENSION PLAN    )
    TRUST FUND,                         )
17                                      )
              Plaintiffs,               )
18                                      )
        vs.                             )
19                                      )
    SIGNAL TECHNOLOGIES, INC.,          )
20                                      )
              Defendant.                )
21  _____)

22

23      Plaintiffs BOARDS OF TRUSTEES of IBEW LOCAL UNION NO. 100 PENSION

24  TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND,

25  JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, NATIONAL ELECTRICAL

26  BENEFIT FUND and the BOARD OF TRUSTEES of IBEW DISTRICT NO. 9 PENSION

27  PLAN TRUST FUND (hereinafter collectively referred to as "TRUST FUNDS"), hereby request

28  that this action be dismissed without prejudice against SIGNAL TECHNOLOGIES, INC.

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1   (hereinafter referred to as "SIGNAL"), a corporation.  This request is made pursuant to Rule

2   41(a)(1) of the Federal Rules of Civil Procedure in that defendant SIGNAL, has not yet served

3   an answer or a motion for summary judgment on TRUST FUNDS.

4        Dated: February _3_, 2009.

                                                KIMBLE, MacMICHAEL & UPTON
5                                               A Professional Corporation

6                                               By:___/s/ G. Andrew Slater_____
                                                        G. ANDREW SLATER
7                                                       Attorneys for Plaintiffs

8                              **O R D E R**

9        IT IS SO ORDERED.  This entire action is dismissed without prejudice.

10       Dated: __2-5-09__.            _____
                                       U.S. DISTRICT COURT JUDGE
11

12   617842.00029245.000

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

**REQUEST FOR DISMISSAL; ORDER**